Louise Populorum and Estelle Populorum, appellees, v. Julia K. Burdick et al., on appeal of Julia K. Burdick, appellant. Gen. No. 27,191.

Suit to foreclose a trust deed. Decree for complainants. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Opinion filed July 11, 1922. Rehearing denied July

24, 1922. *Certiorari* denied by Supreme Court (making opinion final).
W. J. Lewis and John M. Duffy, for appellant. Walter S. Hull, for appellees.
Mr. Justice Gridley delivered the opinion of the court.